STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00-00135 HG |
| Plaintiff, | INDICTMENT |
| vs. | [8 U.S.C. § 1324(a)(2)(B)(ii)] |
| BOON AUN OH, | |
| Defendant. | |

INDICTMENT

Count 1

The Grand Jury charges:

On or about March 27, 2000, in the District of Hawaii, the defendant, BOON AUN OH, for the purpose of commercial advantage or private financial gain, brought and attempted to bring an alien, namely "Ying C.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### Count 2

The Grand Jury further charges:

On or about September 20, 1998, in the District of Hawaii, the defendant, BOON AUN OH, for the purpose of commercial advantage or private financial gain, brought and attempted to bring an alien, namely "Xiu Mei L.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States.

All in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

DATED: __April 6__, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. BOON AUN OH
"Indictment"