STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2000

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00135 HG |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [8 U.S.C. § 1324(a)(1)(A)(iv)] |
| BOON AUN OH, | ) | |
| Defendant. | ) | |

INFORMATION

Count 1

The United States Attorney charges:

On or about March 27, 2000, in the District of Hawaii, the defendant, BOON AUN OH, did encourage and induce two aliens, namely, "Ying C." and ""Xiu Mei L.," to come to the United States knowing that such coming to the United States would be in

//
//
//

violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: Honolulu, Hawaii, JUN 2 2 2000.

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES OF AMERICA V. BOON AH OH
"Information"

2